

1   ADAM PAUL LAXALT
     Attorney General
2   JOSHUA HALEN, Bar No. 13885
     Deputy Attorney General
3   State of Nevada
     Bureau of Litigation
4   Public Safety Division
     100 N. Carson Street
5   Carson City, Nevada 89701-4717
     Tel: (775) 684-1209
6   E-mail: jhalen@ag.nv.gov

7   *Attorneys for Isidro Baca, Candis*
     *Brockway, John Keast, and Karin Noll*
8

9              **UNITED STATES DISTRICT COURT**

10                **DISTRICT OF NEVADA**        *ORDER*

11  MICHAEL DAVID HISSUNG,              Case No.  3:16-cv-00560-RCJ-VPC

12              Plaintiff,              **MOTION FOR EXTENSION OF THE 90 DAY**
                                        **STAY AND DEADLINE TO FILE THE 90**
13  vs.                                 **DAY STAY REPORT**

14  ROMEO ARANAS, et al.,

15              Defendants.

16        Defendants Isidro Baca, Candis Brockway, John Keast, and Karin Noll, by and through counsel,

17  Adam Paul Laxalt, Attorney General of the State of Nevada, and Joshua M. Halen, Deputy Attorney

18  General, hereby submit this Motion for Extension of the 90 Day Stay and Deadline to file the 90 Day

19  Stay Report. This Motion is based on the following memorandum of points and authorities, the papers

20  and pleadings on file, and any other information the Court chooses to consider.

21              **MEMORANDUM OF POINTS AND AUTHORITIES**

22  I.    **INTRODUCTION**

23        On August 22, 2017, this Court entered its Screening Order, which stayed this matter for 90

24  days, pending settlement discussions between the parties. (Screening Order at 8:16-19, ECF No. 3.) The

25  Court also ordered the Nevada Attorney General's Office to file a report regarding the result of the 90

26  day stay within 90 days of the Court's Screening Order. (*Id.* at 8:22-25.) Based on the Court's Order,

27  the stay is set to expire on November 20, 2017, and the Report is due the same day.

28        On September 26, 2017, the Court entered its Order setting the Inmate Early Mediation

                                        1

1  Conference for November 28, 2017. (Order at 1, Sep. 26, 2017, ECF No. 6.) The date of the Inmate

2  Early Mediation Conference falls after the 90 day stay expires. Accordingly, the Defendants

3  respectfully request this Court extend the 90 day stay and the due date for the stay report until

4  Thursday, November 30, 2017.

5  **II.    DISCUSSION**

6       Fed. R. Civ. P. 6(b)(1) governs enlargements of time and states as follows:

7          When an act may or must be done within a specified time, the court may,
        for good cause, extend the time:

8             (A) with or without motion or notice if the court acts, or if a
           request is made, before the original time or its extension expires; or

9             (B) on motion made after the time has expired if the party failed to
           act because of excusable neglect.

10      The proper procedure, when additional time for any purpose is needed, is to present a request

11 for extension of time before the time fixed has expired. *Canup v. Miss. Valley Barge Line Co.*, 31

12 F.R.D. 282, 283 (W.D. Pa. 1962). Extensions of time may always be asked for, and usually are granted

13 on a showing of good cause if timely made under subdivision (b)(1) of the Rule. *Creedon v. Taubman*,

14 8 F.R.D. 268, 269 (N.D. Ohio 1947).

15      Good cause exists to extend the stay in this case because it will permit the parties to engage in

16 the Early Mediation Conference on Tuesday, November 28, 2017, without Plaintiff being assessed a

17 filing fee and without Defendants being required to prepare a response to Plaintiff's Complaint and the

18 90 day stay report. In addition, undersigned counsel for Defendants is attempting to contact Plaintiff in

19 order to discuss the nature of his claims and his initial settlement demand. Extending the stay will

20 provide the parties the opportunity to engage in informal and formal settlement discussions without the

21 pressure of the litigation process.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

2

III.   **CONCLUSION**

Based on the foregoing, Defendants respectfully request that the Court enter an order extending the stay in this case and the deadline to file the 90 day stay report to Thursday, November 30, 2017.

DATED this 15th day of November, 2017.

ADAM PAUL LAXALT
Attorney General

By:   _____
JOSHUA M. HALEN
Deputy Attorney General
Bureau of Litigation
Public Safety Division

*Attorneys for Defendants*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: November 17, 2017

**CERTIFICATE OF SERVICE**

    I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 15th day of November, 2017, I caused a copy of the foregoing, **MOTION FOR EXTENSION OF THE 90 DAY STAY AND DEADLINE TO FILE THE 90 DAY STAY REPORT**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

        Michael David Hissung #80301
        Care of NNCC Law Librarian
        Northern Nevada Correction Center
        P.O. Box 7000
        Carson City, NV 89702
        lawlibrary@doc.nv.gov

                                 _____
                                   An employee of the Office
                                   of the Attorney General