Michael Hissung
NNCC P.O. Box 7000
Carson City, Nevada 89702
Prison Number 80301

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MICHAEL DAVID HISSUNG,

        Plaintiff,

vs.

ROMEO ARANAS, et al.,

        Defendants.

Case No. 3:16-cv-00560-RCJ-VPC

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    Plaintiff Michael Hissung, appearing *pro per*, hereby files this Notice of Voluntary Dismissal with Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No Defendants have filed an answer or a motion for summary judgment in response to Plaintiff's Complaint. This Notice of Voluntary Dismissal is being submitted as a result of the parties' agreement at the Early Mediation Conference, held November 28, 2017. At the Early Mediation Conference, the parties agreed, among other things, that Deputy Attorney General Joshua M. Halen would draft this Notice of Voluntary Dismissal with Prejudice for Plaintiff, that Plaintiff would review and sign the drafted Notice, and that Deputy Attorney General Joshua M. Halen would submit this Notice to the Court on behalf of Plaintiff.

///
///
///
///
///
///
///
///
///
///

Accordingly, Plaintiff hereby voluntarily dismisses this case with prejudice as to all Defendants.

DATED this ___ day of November, 2017.

Plaintiff

_____
Michael Hissung
NDOC #80301

Submitted By:

ADAM PAUL LAXALT
Attorney General

By: _____
JOSHUA M. HALEN
Deputy Attorney General
Bureau of Litigation
Public Safety Division

*Attorneys for Defendants*

IT IS SO ORDERED this 1st day of December, 2017.

_____
ROBERT C. JONES